**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AMERICA LLC; EMERALD MEDICAL SUPPLY, INC.; FRIENDCARE, INC.; RADIANCE MEDICAL SOLUTIONS, INC.; and RESURGE MEDICAL SUPPLY, INC,<br><br>Defendants. | CASE NO.: 4:19-cr-158 |

## O R D E R

This matter comes before the Court on the Government's Motion to Dismiss.  (Doc. 71.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendants America LLC, Emerald Medical Supply Inc., FriendCare Inc., Radiance Medical Solutions Inc., and Resurge Medical Supply Inc. from the Indictment in the above-captioned case without prejudice.  The Court DENIES AS MOOT any pending motions as to these Defendants and DIRECTS the Clerk of Court to TERMINATE Defendants America LLC, Emerald Medical Supply Inc., FriendCare Inc., Radiance Medical Solutions Inc., and Resurge Medical Supply Inc. from this case.

**SO ORDERED**, this 24th day of June, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA